# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

142609

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JANIS CLIFF,
  Plaintiff-Appellee,

v

MICHAEL E. HEATH. D.D.S. and THE
HUNTINGTON GROUP, P.C.,
  Defendants-Appellants,
and

GREGORY NEILSEN, D.D.S. a/k/a GREGORY
NEILSEN, D.D.S. and JOHN V. GAUL, D.D.S.,
  Defendants.

SC: 142609
COA: 294101
Oakland CC: 2006-078456-NH

_____/

  On order of the Court, the application for leave to appeal the January 4, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

_____
Clerk

t0620